# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-12587-DJB |
| Kailah Holmes, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on July 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 29, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Action Recovery Online
2720 E Thomas Rd Bldg C2
Phoenix, AZ 85016

Pennsylvania Turnpike
Commission
300 East Park Drive
Harrisburg, PA 17111

American Heritage Federal
Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

First Harvest Credit Union
(Previously Known As South
Jersey Fcu)
Attn: Bankruptcy
1617 Hurffville Road
Deptford, NJ 08096

SWC Group
4120 International Parkway #100
Carrollton, TX 75007

Harris & Harris
Attn: Bankruptcy
111 W Jackson Blvd Suite 650
Chicago, IL 60604

Target NB
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

LVNV Funding LLC/Resurgent
Capital Services
Resurgent Correspondence, Attn:
Bankruptcy PO Box 1269
Greenville, SC 29602

New Jersey Turnpike
Authority
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095