Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

October 26, 2026

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**WITHDRAWAL OF CLAIM**

Re: Kailah Holmes

Case #: 26-12587

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim #8-1, claim amount $2952.09 filed 08/17/2026.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Kenneth E West , Chapter 13 Trustee

Michael A Cibik., Attorney for Debtor